**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:17-CR00234 RLW/DDN |
| ) | |
| v. ) | |
| ) | |
| RAMI ALMUTTAN (2), ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW**

Comes now Neil J. Bruntrager and Daniel J. Bruntrager and hereby withdraw as attorneys for Defendant Rami Almuttan in the above styled matter at the Defendant's request.

BRUNTRAGER & BILLINGS, P.C.

/s/ Neil J. Bruntrager
Neil J. Bruntrager #29688
225 S. Meramec Ave., Suite 1200
St. Louis, Missouri  63105
(314) 646-0066

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of February 2019, I hereby certify that a copy of the foregoing **Motion to Withdraw** was filed electronically to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/ Neil J. Bruntrager