UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  4:17 CR 234 RLW ) |
| MOHAMMED ALMUTTAN, et al, | ) ) |
| Defendants. | ) |

## STATUS OF CASE

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and John J. Ware, Assistant United States Attorney for said district, with consent of the other parties and files this status of the case:

1. Due to the ongoing complications of the COVID-19 pandemic, the parties are in the same position with regards to the status of the case as they were at the last status conference.

2. Projecting forward, the parties believe with the limited opening of the courts, that the status of the case will be stagnant for the immediate future.  All defendants remain on bond with no significant violations.

Therefore, in the interests of justice and to maintain social distancing, the parties request the next status conference be continued 90 days, until October 13, 2020, or thereafter.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ John J. Ware*
JOHN J. WARE, #40880MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2020, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                       */s/ John J. Ware*
                                                    JOHN J. WARE, #40880MO
                                                   Assistant United States Attorney