IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 17-CR-00234-RLW |
| ) | |
| RAMI ALMUTTAN, ) | |
| ) | FILED UNDER SEAL |
| Defendant. ) | |

## MOTION FOR CONTINUANCE OF THE OF THE JULY 7, 2022 SENTENCING OF RAMI ALMUTTAN

COMES NOW the above-named Defendant, under seal, and respectfully requests this Court to continue the sentencing date of July 7, 2022 for the following reasons:

1. The sentencing date for the above-named Defendant and his three Co-Defendant brothers is currently set for July 7, 2022.

2. ███████████████████████████████████████████████████████████████

3. All parties agree that it is in the interest of justice to continue this matter for sixty (60) days and not for the purpose of undue delay.

WHEREFORE, the above-named Defendant, Rami Almuttan, respectfully and and with no objection from the United States, requests that the sentencing date of July 7, 2022 be vacated for Defendant, Rami Almuttan and continued for sixty (60) days, to a date that is convenient for the Court and the parties, and for such other and further relief as this Court deems just and proper under the circumstances.

Respectfully,

        s/ J. William Lucco

        J. William Lucco, #1701835IL
        LUCCO BROWN DAWSON & HERTZ LLC
        224 St. Louis Street
        P. O. Box 539
        Edwardsville, IL 62025
        Telephone: (618) 656-2321
        Facsimile: (618) 656-2363
        blucco@lbdhlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 6/27/22, I electronically filed a Motion for Continuance of the July 7, 2022 Sentencing of Rami Almuttan with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

All registered attorneys of record

And further certify that I served the foregoing via email to all counsel of record.

        s/ J. William Lucco