

Walbridge STEAM Academy – 5000 Davison Ave. - St. Louis, Mo. 63120 – (314) 383-1829

September 28, 2022

To Whom It May Concern:

Mr. Rami Almuttan is a gentle giant. It is an absolute joy to watch him work with our preschoolers. If you can, just try to imagine him at 6'5," 220 lbs., sitting on the floor reading and being animated while the children wait to hear what voice he is going to use for the next character while they are laughing.

In addition, Rami has a very pleasant and outgoing personality. When we are not able to get in contact with Hisham, Rami is our go to person and he gets it done. Walbridge and the Walnut Park Neighborhood benefit greatly from his kindness and gentle spirit.

If you need any additional references, or have additional questions or concerns, please contact me directly at the school at (314) 383-1829.

Sincerely,

Ms. Mildred Moore
Principal, Walbridge S.T.E.A.M. Academy
mildred.moore@slps.org

Tuesday, September 27, 2022

Mr. Steven Miltenberger
Torch Electronics, Founding Owner
steven.a.miltenberger@gmail.com
C: 573-230-2245

Re: Almuttan, Rami

To Whom It May Concern:

My name is Steven Miltenberger. I am the founding owner of Torch Electronics. Torch Electronics is an amusement company based in St. Louis Missouri. I am writing you in support of Rami Almuttan, a Torch Electronics' client.

My family has known Rami Almuttan for over 20 years. He was one of Torch Electronics' first clients. I know Rami to be a man of his word. He always does what he says he is going to do. Rami isn't just a man that follows through on his intentions. He is also a man of honesty.

In addition to being a man of integrity, Rami is also extremely easy to work with and likable. He's polite, seems to remain calm under stressful situations and has always been considerate.

Please let me know if you have any questions or additional assistance. Thank you for your time and consideration.

Sincerely,

Steven Miltenberger
Torch Electronics