US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** USA v Almuttan

**USCA#:**

**Case Number:** 4:17-CR-00234-RLW

**Plaintiff:** UNITED STATES OF AMERICA

**Defendant:** RAMI ALMUTTAN

**Attorney:** See Docket Sheet

**Attorney:** See Docket Sheet

**Court Reporter(s):**
Patti Dunn Wecke
Shannon White
Linda Nichols

Please return files and documents to: Clerk for Eastern District of Missouri

Person to contact about the appeal: J Horton at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | Paid on 2/16/2024 | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| No | Yes | No | No |

**Criminal Cases/Prisoner Pro Se Cases Only:**

Is defendant incarcerated?: Yes   Where: Unknown

**Please list all other defendants in this case if there were multiple defendants:**